No. 01–6009. PERRY *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 01–6017. CUMMINGS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–6018. CLARK *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–6028. KEITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6031. AMEZCUA-GARIBAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6035. TAYBORN *v.* SCOTT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–6036. VAUGHN OWENS *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 01–6041. MEADOWS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6045. SINDRAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6055. WELLS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6058. ARIAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6060. VASQUEZ *v.* PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–6062. ROMERO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–6066. ALFARO-FRANCO *v.* UNITED STATES; BUENO-CASTRO *v.* UNITED STATES; CERVANTES *v.* UNITED STATES; FERRER-SANCHEZ, AKA FERRER *v.* UNITED STATES; HERNANDEZ-HERNANDEZ, AKA DOE *v.* UNITED STATES; MAURICIO ISAULA, AKA EVANGELISTA-TORRES *v.* UNITED STATES;

MAGALLON-GUERRERO *v.* UNITED STATES (Reported below: 10 Fed. Appx. 546); MARTINEZ MADRIGAL *v.* UNITED STATES; MORALES-PEREYRA *v.* UNITED STATES (15 Fed. Appx. 482); MOYA-AVILA, AKA VALENCIA MOYA *v.* UNITED STATES (15 Fed. Appx. 483); MOZQUEDA-PISANO *v.* UNITED STATES; PEREZ-RIOS *v.* UNITED STATES (14 Fed. Appx. 860); PRIETO-MOLINAR *v.* UNITED STATES (10 Fed. Appx. 551); REYES-BELTRAN, AKA REYES *v.* UNITED STATES; SALGADO-SARAVIA, AKA SALGADO SARABIA *v.* UNITED STATES; SORIANO-BONILLA *v.* UNITED STATES; VALASQUEZ-RIVERA *v.* UNITED STATES; and AGUIRRE-REA *v.* UNITED STATES (10 Fed. Appx. 591). C. A. 9th Cir. Certiorari denied.

No. 01–6069. ROJAS-ROJAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6071. HE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–6072. CONTRERAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6074. TAYLOR *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–6075. ALMANZA DE HOYOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6079. HOPE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6081. BOGGAN *v.* MATRICIANO. C. A. 7th Cir. Certiorari denied.

No. 01–6086. HILL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6087. HOLUB *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–6090. MONATH *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 01–6091. PALOMARES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.